246 So.2d 196

**Julian D. HAMMOND, Sr.**

v.

**The NATIONAL LIFE & ACCIDENT IN-SURANCE COMPANY.**

No. 51260.

April 14, 1971.

In re: National Life and Accident Insurance Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Rapides. 243 So. 2d 902.

Writ refused. There is no error of law in the judgment complained of.

BARHAM, J., is of the opinion the writ should be granted.

246 So.2d 197

**Henry GIBSON et al.**

v.

**Emmett JOHNSON.**

No. 51268.

April 14, 1971.

In re: Henry Gibson and Carrie Gibson Thomas applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 244 So.2d 713.

Writ refused. On the facts found by the Court of Appeal, we cannot say the judgment is incorrect.